IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WALTER STEPHENS, | NO. C 03-3713 JW |
|     Petitioner, | |
| v. | |
| C.A. TERHUNE, in his capacity as head of the California Department of Corrections | **ORDER RE CERTIFICATE OF APPEALABILITY** |
|     Respondent. | |

On August 8, 2003, Petitioner initiated the instant action by filing a Petition for a Writ of Habeas Corpus. Petitioner claimed: (1) ineffective assistance of counsel; (2) improper exclusion of evidence by the trial court; and (3) prosecutorial misconduct. On November 2, 2005, the Court issued an Order Denying Petition for Writ of Habeas Corpus, and Judgment. On November 21, 2005, Petitioner filed a notice of appeal.

Pursuant to 28 U.S.C. §2253(c)(1), an appeal may not be taken unless the district court or appellate court issues a certificate of appealability. A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard, see id. § 2253(c)(3), and the court of appeals is limited to considering only those claims. See Hiivala v. Wood, 195 F.3d 1098, 1103 (9th Cir. 1999); Fuller v. Roe, 182 F.3d 699, 702-03 (9th Cir. 1999). "Where a district court has rejected the

1 constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the
2 petitioner must demonstrate that reasonable jurists would find the district court's assessment of the
3 constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

4     Based upon all papers filed to date, this Court concludes that Petitioner has failed to make the
5 requisite showing of the denial of a constitutional right. Accordingly, the Court declines to issue a certificate
6 of appealability.

8 Dated: November 28, 2005

                                      */s/ James Ware*
                              JAMES WARE
9                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cliff Gardner, casetris@aol.com
Lazuli Mariah Whitt, lazuli@sbcglobal.net
Morris Lenk, morris.lenk@doj.ca.gov
Peggy S. Ruffra, peggy.ruffra@doj.ca.gov

**Dated: November 28, 2005**                          **Richard W. Wieking, Clerk**

                                                       **By:\_\_/s/ JW Chambers_____**
                                                             **Ronald L. Davis**
                                                             **Courtroom Deputy**

United States District Court
For the Northern District of California